UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Complaint of BRIAN CHRISTOPHER AMBLE as the alleged owner of a certain 1971 Far East Mariner 40 bearing hull identification number GM82 and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | No. C 20-03713 WHA<br><br>**ORDER RE MOTION TO CONTINUE** |

In lieu of the date suggested by the parties, this order hereby extends the October 29 date by which to file a motion to stay to **NOVEMBER 12 AT NOON**. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: October 28, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE