UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BRIAN CHRISTOPHER AMBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>,<br><br>    Defendant. | No. 3:20-cv-03713<br><br>**ORDER DENYING PRO HAC VICE APPLICATION** |
| BRIAN CHRISTOPHER AMBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSICA PLANTE,<br><br>    Defendant. | |

The pro hac vice application of Attorney Adam E. Deitz (Dkt. No. 66) is **DENIED** because it fails to comply with Civil Local Rule 11-3. That rule requires an applicant to certify specifically "[t]hat he or she is an active member in good standing of the bar of a United States Court or **of the highest court** of another State . . ." (emphasis added). The application fee does not need to be paid again but the application cannot be approved if it does not comply with local rule 11-3.

**IT IS SO ORDERED.**

Dated: March 15, 2021

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE