UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BRIAN CHRISTOPHER AMBLE,<br><br>    Plaintiff,<br><br>    v.<br><br>,<br><br>    Defendant. | Case No. 20-cv-03713-WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 69 |

The pro hac vice application of Attorney Adam E. Deitz Re: Dkt. No. 69 is **Denied** for failing to comply with Civil Local Rule 11-3. That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it identifies only the state of bar membership — e.g., "the bar of New York State" — is inadequate under the rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: March 15, 2021

                                                    WILLIAM ALSUP
                                                  United States District Judge