Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE COMPLAINT OF BRIAN CHRISTOPHER AMBLE AS THE ALLEGED OWNER OF A CERTAIN 1971 FAR EAST MARINER 40 BEARING HULL IDENTIFICATION NUMBER GM82 AND HER ENGINES, TACKLE, APPURTENANCES, ETC.

Case No: 3:20-cv-3713

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Adam E. Deitz, an active member in good standing of the bar of Appellate Division of the Supreme Court of the State of New York hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Aaron Horton in the above-entitled action. My local co-counsel in this case is Nicholas J. Neidzwski, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 21 Bellwether Way, Suite 104<br>Bellingham, WA 98225 | 388 Market St #1300<br>San Francisco, CA, 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (360) 671-6711 | (415) 851-2424 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| adam@boatlaw.com | nick@boatlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NYSBA# 5423181.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3/15/2021

Adam E. Deitz
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Adam E. Deitz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 16, 2021

UNITED STATES DISTRICT/MAGISTRATE JUDGE