# EXHIBIT B
# (Document to Follow)

# EXHIBIT B

12/2/2020
EXHIBIT
1



SAN FRANCISCO CA 940

13 DEC 2019 PM 3 L

Progressive Insurance
Po Box 43120
Richmond Heights, OH 44143

44143-012828

**TIME SENSITIVE INSURANCE CLAIM NOTICE**

December 12, 2019

Jessica Plante                                        Ph:(650)-476-3506
PO Box 360670                          Email:emailjessicaplante@gmail.com
Milpitas, CA 95036

Progressive Insurance
PO Box 43128
Richmond Heights, OH 44143

RE:

     Policyholder: BRIAN AMBLE
     Policy Number: 31734449-3
     Date of Loss: 11/19/2018

Dear Miriam Soto,

     **I write** to you about a boat fire on or around November 19, 2018 in Redwood City, California where I was seriously injured in the 1971 Far East Mariner Sailboat which was insured by your firm, Progressive Direct Insurance.

     I made a claim to Brian Amble but did not receive any response, hence I am contacting you. Upon receipt of this notice, you are requested to provide me a claim reference number, copies of all insurance documents associated with the boat that was in effect at the time of the fire, copies of your firms procedures for injured third party claims, including personal injury and property loss claims, any forms or documents that are needed to be completed and turned towards the claim, statute of limitations for this specific incident where I was burnt, lost/damaged personal property as a result of the negligence of the insured.

     Please feel free to contact me via email with any questions on this matter. Any correspondence via email must also be post mailed to me as there is no guarantee that emails are received or delivered. Thanking you for your anticipated co-operation.

                Sincerely,
                /s/
            (Jessica Plante)

Brian & Diane Amble
3060 Broadway
Oakland, CA 94611-5713

B-2

**TIME SENSITIVE INSURANCE CLAIM NOTICE**

December 05, 2019

Jessica Plante                                                                    Ph:(650)-476-3506
350 N. Whisman Road                                      Email:emailjessicaplante@gmail.com
Mountain View, CA 94043

Brian  & Diane Amble
3060 Broadway
Oakland, CA 94611-5713

RE:    Boat Windsong Liability Claim

Dear Brian and Diane Amble,

      Please take notice that the boat that you sold to me caught fire and was destroyed. Unfortunately, in the fire, I and another person were seriously burnt. The burns caused permanent disability for me and one another person.

      At the time of the incident, the boat was legally owned by you and covered under your liability insurance. Upon advice from our insurance agents, we are contacting you to commence claim for our losses, damages and injuries. I never received a bill or sale. Mandatory bill of sale form DMV REG 135 was never filed.

      I request copies of the boat documents, boat insurance details for the purposes of making a claim for injuries sustained due to the fire. We will co-operate with you and the insurance company with any information. If you cannot recollect the boat insurance carrier, please provide us with any of your personal, property or business information carrier information to file the claim.

      Please feel free to contact me via email with any questions on this matter. Thanking you for your anticipated co-operation.

                      Sincerely,
                          /s/
                  (Jessica Plante)