# EXHIBIT  F
# (Document to Follow)

# EXHIBIT  F

D M V   VEHICLE  REGISTRATION  INFORMATION           00016

N1161   PAGE: 01

OIS PUBLIC / COMMERCIAL OPS            LIST DATE: 12/18/20
CASUAL REQUESTS                       ATTN: 76
PO BX 944247                          INFO CODE: 3     H F09
SACRAMENTO, CA 942472470

DATE/TIME OF RESPONSE: 12/18/20 09:35
LIC/VIN: GM82



REG VALID FROM: 12/31/17 TO 12/31/19
LIC#: 6458UF YRMD:71 MAKE:FAREAST BTM :VESSEL
VIN :GM82
SOLD:12/03/14 CLAS:AK *-YR:71
TYPE:V1 VEH :82 BODY:S POWR:D LOCD:2
HULM:P PRPL:A FEET:040 INCH:00

R/O HISTORY:

PURCHASE/APPLICATION: 00/00/00
OWNER ISS: 08/19/09 REG ISS: 08/06/09
PRIOR R/O:RICHARDSON BAY REGIONAL, AGENCY, 3501 CIVIC CENTER DR, RTE 308
CITY:SAN RAFAEL

PURCHASE/APPLICATION: 09/01/09
OWNER ISS: 09/19/09 REG ISS: 09/01/09
PRIOR R/O:ENZER STEVEN J, 3 PLAYA VERDE
CITY:TIBURON
                    * * * * * MULTIPLE TRANSFERS CHECK APP * * * * *

CURRENT OWNER:

PURCHASE/APPLICATION: 12/03/14
OWNER ISS: 01/16/15
REG ISS: 11/09/17
R/O :AMBLE BRIAN CHRISTOPHER, 3060 BROADWAY
CITY:OAKLAND C.C.:01 ZIP :94611

NO MAILING ADDRESS ON RECORD

RELEASE OF LIABILITY (138)

SOLD ON 03/17/18 RECEIPT DATE 11/20/18 SELL PRICE 015000
BUYER: AMBLE BRIAN, 3060 BROADWAY
CITY:OAKLAND CA    SELLER:SAME AS L/O ON FILE

SOLD ON 10/03/18 RECEIPT DATE 11/19/18 SELL PRICE 010000
BUYER: CALLAHAN JESSICA, 1600 MAPLE ST
CITY:REDWOOD CITY CA    SELLER:SAME AS R/O ON FILE
REC STATUS:

08/06/09 PREV LIC/VIN 556883S/8889EX

END OF DATA



PRINT DATE: 12/18/20

| NRL INQUIRY |

Your search criteria using query type 'License' :
Plate Number - 6458uf
Number of Records Found: 2

## Vehicle

*Date Notice was Submitted:* 11/19/2018

| License or CF Number | Identification Number | Make | Year Model | Odometer Reading | Odometer Code |
|---|---|---|---|---|---|
| 6458UF | GM82 | FAREA | 1971 | 0 | |

## New Owner(s)

**Sales Information**

| Name (Last, First) Or Company Name |
|---|
| CALLAHAN, JESSICA |

*Street Address*
1600 MAPLE ST

| City | State | Zip Code |
|---|---|---|
| REDWOOD CITY | CA | 94063 |

*Date of Sale Or Lease Return*
10/03/2018

## Seller/Lessee

| Name (Last, First) Or Company Name |
|---|
| AMBLE, BRIAN |

*Street Address*
3060 BROADWAY

| City | State | Zip Code |
|---|---|---|
| OAKLAND | CA | 94611 |

*Selling Price or Gift (No Cents)*
$10,000

F-3

## Vehicle

Date Notice was Submitted: 11/20/2018

| License or CF Number | Identification Number | Make | Year Model | Odometer Reading | Odometer Code |
|---|---|---|---|---|---|
| 6458UF | GM82 | FAREA | 1971 | 0 | |

## New Owner(s)

| Name (Last, First) Or Company Name |
|---|
| AMBLE, BRIAN |

**Street Address**
3060 BROADWAY

| City | State | Zip Code |
|---|---|---|
| OAKLAND | CA | 94611 |

## Seller/Lessee

| Name (Last, First) Or Company Name |
|---|
| LEAHY, SEAN |

**Street Address**
632 1ST LANE APT 2

| City | State | Zip Code |
|---|---|---|
| S SAN FRANCIS | CA | 94080 |

## Sales Information

**Date of Sale Or Lease Return**
03/17/2018

**Selling Price or Gift (No Cents)**
$15,000

T-4