**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Neil S. Lerner (SBN 134031)
Arthur A. Severance (SBN 246691)
12011 San Vicente Blvd., Suite 600
Los Angeles, CA 90049
Telephone: (310) 440-0020
Facsimile: (310) 440-0015
Email: nsl@cwlfirm.com
       aseverance@cwlfirm.com

Attorneys for Plaintiff-in-Limitation
and Third-Party Plaintiff
BRIAN CHRISTOPHER AMBLE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In the matter of the Complaint of<br><br>BRIAN CHRISTOPHER AMBLE as the alleged owner of a certain 1971 Far East Mariner 40 bearing hull identification number GM82 and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No. 3:20-cv-03713-WHA<br>*ADMIRALTY*<br><br>**Suggestion of Death of Claimant Aaron Horton** |

      Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiff-in-Limitation Brian Christopher Amble, through his undersigned counsel, states on the record that Claimant Aaron Horton died on April 15, 2021, during the pendency of this action. (Response, ECF No. 79.) His successor or representative shall have up until 90 days after service of this Suggestion to make a motion for substitution or his claims against Plaintiff-in-Limitation must be dismissed.

Dated: May 13, 2021

                                    COX, WOOTTON, LERNER,
                                    GRIFFIN & HANSEN, LLP

                                  By:  */s/ Arthur A. Severance*
                                       Neil S. Lerner
                                       Arthur A. Severance
                                       Attorneys for Plaintiff-in-Limitation and
                                       Third-Party Plaintiff
                                       BRIAN CHRISTOPHER AMBLE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
12011 San Vicente Blvd. #600
Los Angeles, CA 90049
TEL: 310-440-0020
FAX: 310-440-0015